IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVIN ROMON RICHARDSON,
Inmate No. P03443,
    Plaintiff,

vs.                                            Case No.:  3:18cv2004/LAC/EMT

JENNIFER BECK,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 8, 2020 (ECF No. 28).  Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Preliminary Injunction (ECF No. 25) is **DENIED**.

**DONE AND ORDERED** this 7th day of July. 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**