UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVIN ROMON RICHARDSON,
        Plaintiff,

vs.                                          Case No.:  3:18cv2004/LAC/EMT

JENNIFER BECK,
        Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on January 14, 2021 (ECF No. 44).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The chief magistrate judge's Report and Recommendation (ECF No. 44) is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

3.      All pending motions are **DENIED** as moot.

4.      The clerk of court is directed to close this case.

**DONE AND ORDERED** this 16th day of February, 2021.


 s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**