UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVIN ROMON RICHARDSON,
    Plaintiff,

vs.                                                  Case No.:  3:18cv2004/LAC/ZCB

JENNIFER BECK,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 30, 2023.  (Doc. 67).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections (doc 70).

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 67) is adopted and incorporated by reference in this order.

2.    Plaintiff's Motion for Preliminary Injunction (Doc. 66) is **DENIED**.

3. This matter is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 6th day of March, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**