UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVIN ROMON RICHARDSON,
    Plaintiff,

v.                                     Case No.:  3:18cv2004/LAC/ZCB

JENNIFER BECK,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 27, 2023.  (Doc. 72).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 72) is adopted and incorporated by reference in this order.

2.    Defendant's motion to dismiss (Doc. 15) is **GRANTED**.

3.   This Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 28th day of August, 2023.

                         *s/L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**